AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jodi Lynn Wilson<br><br>_____<br>*Defendant* | )  Case: 1:21-mj-00568<br>)  Assigned to: Judge Faruqui, Zia M.<br>)  Assign Date: 8/18/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jodi Lynn Wilson_____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:     08/18/2021

2021.08.18
17:12:14 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 19 Aug 2021 , and the person was arrested on *(date)* 19 Aug 2021<br>at *(city and state)* Toledo, Ohio .<br><br>Date: 19 Aug 2021<br><br>_____<br>*Arresting officer's signature*<br><br>Ian J. Midkle, Special Agent, FBI<br>*Printed name and title* |