**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-MJ-568-1 |
| JODI WILSON, | ) |
| | )  Judge: Faruqui |
| | ) |
| Defendant. | ) Status Date: June 7, 2022 |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

COMES NOW Jodi Wilson, through counsel, and requests the continuance of the status hearing currently scheduled for June 7, 2022, and the setting of a new status date approximately thirty (30) days out. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for status on June 7, 2022. The case also has a codefendant, Cole Temple. On June 5, 2022, Mr. Temple filed a motion to continue the same status hearing.

2. The parties are still working on discovery issues and in ongoing plea discussions.

3. The parties wish for the June 7, 2022, hearing to be continued for approximately (30) days. The parties would like the matter to be scheduled the same day as Mr. Temple's case.

1

4. In addition, Ms. Wilson waives the time until the next court date to be excluded under the Speedy Trial Act.

5. AUSA Anita Eve has indicated that the government does not oppose this motion.

WHEREFORE, the parties jointly request for the status in this matter to be continued for thirty (30) days.

                                           Respectfully submitted,

                                           JODI WILSON
                                           By Counsel

                                           /s/ John L. Machado
                                           John L. Machado, Esq.
                                           Bar. No. 449961
                                           Counsel for Jodi Wilson
                                           503 D Street, N.W., Suite 310
                                           Washington, DC 20001
                                           Phone: (703) 989-0840
                                           E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 5th day of June 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Jodi Wilson
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com