# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-MJ-568-1 |
| JODI WILSON, | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on June 7, 2022 be continued for good cause until July 7, 2022 at 1:00 PM ; and it is further

ORDERED that the time between June 7, 2022 and July 7, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery, and additional time to negotiate a potential pretrial solution.

The Honorable Zia M. Faruqui
United States Magistrate Judge